RECEIVED

MAY 2 7 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| PETROLEUM HELICOPTERS, INC. | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO. 13-CV-00015 |
| APICAL INDUSTRIES, INC. OFFSHORE HELICOPTER SUPPORT SERVICES, INC., AND ROLLS-ROYCE CORPORATION | * | JUDGE REBECCA F. DOHERTY |
| | * | MAG. JUDGE PATRICK J. HANNA |

## SEVERANCE ORDER

In accord with the Fifth Circuit's Mandate, issued following the United States Court of Appeals for the Fifth Circuit's decision in *In re Rolls-Royce Corporation*, 775 F.3d 671 (5th Cir. 2014), *rehearing and reh'g en banc denied*, directing this Court to sever and transfer Petroleum Helicopters, Inc.'s claims against Rolls-Royce Corporation; and following the Fifth Circuit's denial of Petroleum Helicopters, Inc.'s Motion to Stay on March 16, 2015; and following Supreme Court Justice Antonin Scalia's April 23, 2015, denial of Petroleum Helicopters, Inc.'s Motion to Stay filed in the United States Supreme Court;

It is hereby Ordered that the claims Petroleum Helicopters, Inc., asserts against Rolls-Royce Corporation in the above-captioned action are hereby severed assigned cause number 6:15CV1767 of this Court and entitled *Petroleum Helicopters, Inc. v. Rolls-Royce Corporation*. By separate Order, that action will be transferred to the United States District Court for the Southern District of Indiana, Indianapolis Division, in accord with the Fifth Circuit's Mandate.

1

Ordered and signed this 27TH day of May 2015, ~~at~~ Lafayette, Louisiana.

_____
JUDGE REBECCA F. DOHERTY